UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FORTEZA,<br><br>    Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 20-cv-03335-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

The parties have filed a notice of settlement. ECF No. 32. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within thirty days of the date of this order.

**IT IS SO ORDERED**.

Dated: May 18, 2021

                                        JON S. TIGAR
                                 United States District Judge